UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARRY CORE                              Chapter 13

                Debtor                  Bankruptcy No. 15-12848-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___30th___ day of ___Aug___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the Clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
MARK MATTHEW BILLION
BILLION LAW
922 NEW ROAD STE 2
WILMINGTON, DE 19805-

Debtor:
GARRY CORE

907 Macdade Blvd

Lansdowne, PA 19050-