```
Case 15-12848-amc    Doc 83    Filed 09/01/16    Entered 09/02/16 01:14:52    Desc Imaged
                         Certificate of Notice    Page 1 of 3
```

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 15-12848-amc
Garry Core                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 2              Date Rcvd: Aug 30, 2016
                              Form ID: pdf900           Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
```
db             +Garry Core,    907 Macdade Blvd,    Lansdowne, PA 19050-3721
13516267       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
13605111       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13516268        Bk Of Amer,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
13516269       +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
13516271       +Cap1/bstby,    Po Box 6497,    Sioux Falls, SD 57117-6497
13516272       +Cap1/casml,    Po Box 30253,    Salt Lake City, UT 84130-0253
13516273       +Cap1/micro,    P O Box 703,    Wood Dale, IL 60191-0703
13516274       +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
13516276       +Chase Card,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
13516275       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13516277       +Chase/circuitcity,    Po Box 15298,    Wilmington, DE 19850-5298
13516278       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13516279       +Citizens Bank,    Attn: Bankruptcy Dept,    443 Jefferson Blvd Ms Rjw-135,
                 Warwick, RI 02886-1321
13605779       +Citizens Bank NA,    Managed Assets Dept.,    One Citizens Drive,    Riverside RI 02915-3019,
                 attn: C. Koutsogiane
13516280       +Comenity Bank/Lane Bryant,    Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13516283        Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
13516284       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    Po Box 6275,
                 Dearborn, MI 48121)
13603443       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13516288       +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
13516290       +NTB/CBSD,    CitiCards Private Label Centralized Bank,    Po Box 20507,
                 Kansas City, MO 64195-0507
13516289       +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
13521061        Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
13516292       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13516293       +RBS Citizens Cc,    Attn: Bankruptcy Department,    443 Jefferson Blvd Ms: Rjw-135,
                 Warwick, RI 02886-1321
13516294       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13543546       +TD Auto Finance LLC,    Trustee Payment Department,    PO Box 16041,    Lewiston, Maine 04243-9523
13516298       +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
13516299       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
13529993        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13549077       +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13516300       +Wells Fargo Home Projects Visa,    Wells Fargo Financial,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 31 2016 02:17:05      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2016 02:17:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13516281       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 31 2016 02:18:13
                 Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
13541114       +E-mail/Text: mrdiscen@discover.com Aug 31 2016 02:16:37      Discover Bank,
                 Discover Products Inc,    POB 3025,    New Albany Ohio 43054-3025
13516282       +E-mail/Text: mrdiscen@discover.com Aug 31 2016 02:16:37      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13516285       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 02:22:01      GECRB/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13516286       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 02:21:43      GECRB/Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13516287       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 02:21:54      Gemb/Home Depot,    Po Box 103104,
                 Roswell, GA 30076-9104
13604197        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 31 2016 02:21:51
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13529833        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 02:16:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13516295       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 02:21:54      Syncb/belk,    4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
13516296       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 02:22:01      Syncb/sync Bank Loc,
                 Po Box 965005,    Orlando, FL 32896-5005
13516297       +E-mail/PDF: gecsedi@recoverycorp.com Aug 31 2016 02:21:43      Syncb/walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 13
```

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Aug 30, 2016
                              Form ID: pdf900             Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13516270          Cap1/bstby
13516291          PECO
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA    17128-0946
                                                                                           TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARK MATTHEW BILLION    on behalf of Debtor Garry  Core markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARRY CORE                          Chapter 13

             Debtor           Bankruptcy No. 15-12848-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA  19106-0119

Debtor's Attorney:
MARK MATTHEW BILLION
BILLION LAW
922 NEW ROAD STE 2
WILMINGTON, DE 19805-

Debtor:
GARRY CORE

907 Macdade Blvd

Lansdowne, PA 19050-