# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Garry Core | ) | 15-12848 (amc) |
| | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | Docket # 82 |

## NOTICE OF WITHDRAWAL OF "MOTION TO RECONSIDER DISMISSAL OF CASE/OR MODIFY THE SAME" DOCKET NO. 82

The captioned document, "Motion to Reconsider Dismissal of Case/or Modify the Same" Docket No. 82 is hereby withdrawn.

September 2, 2016

BILLION LAW

/s/ Mark M. Billion
Mark M. Billion (DE Bar No. 5263)
922 New Road, 2nd Floor
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com

*For the Plaintiff-Debtor*