**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | |
| Garry Core, | ) | 15-12848-AMC |
| Chapter 13 Debtor. | ) | Docket #80 |

**NOTICE: MOTION TO RECONSIDER DISMISSAL**
**ORDER AND/OR MODIFY THE SAME**

To the debtor and all parties in interest, NOTICE is hereby given:

1. That the *Motion to Reconsider Dismissal Order And/Or Modify The Same* has been filed.

3. That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk of the United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107, and a copy thereof served on the counsel whose name and address appear below, by October 4, 2016 and a hearing will take place at United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street; Courtroom #5, Philadelphia, PA 19107 on October 11, 2016 at 11 A.M.

4. IF AN OBJECTION IS NOT FILED BY THE HEARING DATE, RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.

DATED: 1 SEPTEMBER 2016

/s/ Mark M. Billion #315152
BILLION LAW
922 New Road, Fl. 2
Wilmington, DE 19805
Tel: 302.428.9400
Fax: 302.450.4040
markbillion@billionlaw.com