IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              )
    Garry Core,                    )    15-12848-AMC
        Chapter 13 Debtor.        )    Docket #80

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Mark M. Billion, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on 30 August 2016, IT IS ORDERED THAT:

1. ~~The case is dismissed.~~ *The order entered on Aug 30 dismissing this case is hereby amended.*

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on *November 8*, 2016, at *11:00 AM* in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

[Remainder of Page Intentionally Left Blank]

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before
October 21, 2016

10/18/2016

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:
**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805