United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Garry Core  
    Debtor

Case No. 15-12848-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 18, 2016  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.  
db           +Garry Core,  907 Macdade Blvd,   Lansdowne, PA 19050-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:  
       ALBERT JAMES MILLAR    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us  
       ANDREW F GORNALL    on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       MARK MATTHEW BILLION    on behalf of Debtor Garry  Core markbillion@billionlaw.com, mmb21167@fastpacer.us  
       MARTIN A. MOONEY    on behalf of Creditor   TD Auto Finance LLC tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
     TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

In re: )
  Garry Core, )   15-12848-AMC
    Chapter 13 Debtor. )   Docket #80

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Mark M. Billion, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on 30 August 2016, IT IS ORDERED THAT:

1. ~~The case is dismissed.~~ *The order entered on Aug 30 dismissing this case is hereby amended.*

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on _November 8_, 2016, at _11:00 AM_ in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

[Remainder of Page Intentionally Left Blank]


5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before October 21, 2016

10/18/2016

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:
**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805