IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
|    Garry Core, | ) | 15-12848 (amc) |
|       Chapter 13 Debtor. | ) | Chapter 13 |

**ORDER: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW**

AND NOW, this _____ day of _____, 2016, upon consideration of the captioned APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $2,500.00

Dated: _____, 2016                                                            _____, J.

Copies to:
**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805