UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                               Chapter 13

GARRY CORE,

                               Bankruptcy No. 15-12848-AMC

        Debtor.

\* \* \* \* \* \* \*

**ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSE**

AND NOW, this _____ day of _____, 2016, upon consideration of the captions APPLICATION FOR ADMINISTRATIVE EXPENSE, pursuant to Section 503 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for administrative expense is approved in the amount of $2,320.00.

Dated: Philadelphia, Pennsylvania
_____, 2016

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge
Eastern District of Pennsylvania