United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Garry Core
       Debtor

Case No. 15-12848-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia        Page 1 of 1        Date Rcvd: Nov 08, 2016
               Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
db           +Garry Core,     907 Macdade Blvd,    Lansdowne, PA 19050-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
     ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
      RA-occbankruptcy6@state.pa.us
     ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     MARK MATTHEW BILLION    on behalf of Debtor Garry  Core markbillion@billionlaw.com,
      mmb21167@fastpacer.us
     MARTIN A. MOONEY    on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com,
      tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                      TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              )
    Garry Core,                    )        15-12848 (amc)
        Chapter 13 Debtor.    )        Chapter 13

### ORDER: APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW

AND NOW, this _____ day of _____, 2016, upon

consideration of the captioned APPLICATION FOR COMPENSATION AND

REIMBURSEMENT OF EXPENSES FILED BY MARK BILLION & BILLION LAW,

pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid

application for counsel fees is approved in the amount of $2,500.00

Dated: _____, 2016                    _____, J.

Copies to:
**Garry Core**
907 Macdade Blvd
Lansdowne, PA 19050

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**William C. Miller, Trustee**
1234 Market Street, Suite 1813
Philadelphia, PA 19107

**Mark M. Billion, Esquire**
922 New Road, Fl. 2
Wilmington, DE 19805