United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-12848-amc
Garry Core                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Virginia | Page 1 of 1 | Date Rcvd: Nov 08, 2016 |
|---|---|---|---|
|  | Form ID: pdf900 | Total Noticed: 1 |  |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2016.
db             +Garry Core,    907 Macdade Blvd,    Lansdowne, PA 19050-3721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2016 at the address(es) listed below:
      ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.pa.us
      ANDREW F GORNALL     on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MARK MATTHEW BILLION     on behalf of Debtor Garry   Core markbillion@billionlaw.com, mmb21167@fastpacer.us
      MARTIN A. MOONEY     on behalf of Creditor    TD Auto Finance LLC tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                    Chapter 13

GARRY CORE,

                                    Bankruptcy No. 15-12848-AMC

        Debtor.

\* \* \* \* \* \* \*

### ORDER GRANTING APPLICATION FOR ADMINISTRATIVE EXPENSE

AND NOW, this _____ day of _____, 2016, upon consideration of the captions APPLICATION FOR ADMINISTRATIVE EXPENSE, pursuant to Section 503 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for administrative expense is approved in the amount of $2,320.00.

Dated: Philadelphia, Pennsylvania
       _____, 2016

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge
Eastern District of Pennsylvania

2